UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| PERRIGO COMPANY AND SUBSIDIARIES,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>*Defendant.* | No. 1:17-cv-00737<br><br>The Hon. Robert J. Jonker<br><br>**Oral argument requested** |

**UNITED STATES' MOTION FOR ISSUANCE OF A LETTER OF REQUEST
FOR DOCUMENTS AND TESTIMONY PURSUANT TO
<u>THE HAGUE EVIDENCE CONVENTION</u>**

The United States moves for issuance of a Letter of Request directed to the Administration of Courts for Israel, pursuant to Rules 26 and 28 of the Federal Rules of Civil Procedure and the Hague Evidence Convention, opened for signature, Mar. 19, 1970, 23 U.S.T. 2555, T.I.A.S. No. 7444, reprinted in the notes section following 28 U.S.C. § 1781.

The grounds for the motion are set forth in a concurrently-filed supporting brief. In short, the Letter of Request is needed to facilitate the gathering of evidence by the United States from Dexcel Pharma Technologies Ltd. ("Dexcel"), an Israeli company, and four of its current or former employees. Transactions between Dexcel and Perrigo are at the heart of this litigation, and although Perrigo may have access to Dexcel, the United States does not. Exhibits referred to in the supporting brief are submitted through declarations of Jeffrey S. Silver and James E. Weaver.

A proposed Letter of Request, along with Schedules A-E, is also filed concurrently with this motion.[1] Schedule A contains document requests directed to Dexcel and the four individuals. Questions and topics for oral examination are listed in Schedules B through E.

For the reasons set forth above and in its supporting brief, the United States respectfully requests that the Court issue the proposed Letter of Request, with proposed Schedules, in substantially the form appended to this filing.

Dated: December 18, 2017

                                        THE UNITED STATES OF AMERICA

                                        RICHARD E. ZUCKERMAN
                                        Principal Deputy Assistant Attorney General

                                        s/ James E. Weaver
                                        JAMES E. WEAVER
                                        Senior Litigation Counsel
                                        ARIE M. RUBENSTEIN
                                        STEVEN M. DEAN
                                        Trial Attorneys
                                        Tax Division, Department of Justice
                                        P.O. Box 55
                                        Washington, D.C. 20044
                                        Telephone: (202) 305-4929
                                        Facsimile: (202) 514-5238
                                        James.E.Weaver@usdoj.gov

---

[1] Certain information in the proposed Letter of Request has been redacted for e-filing purposes on account of privacy or confidentiality considerations, and, with respect to four of the attached exhibits, at the request of Plaintiff. An unredacted Microsoft Word version of the proposed Letter of Request, with unredacted Microsoft Word schedules (with unredacted attached exhibits), will be sent by email to chambers.

At the Court's request, the United States can obtain a translation of the Letter of Request issued by the Court into Hebrew. Also, if requested by the Court, the United States can transmit the Letter of Request issued by the Court to the Administration of Courts in Israel, along with attachments.

Local Counsel:

ANDREW B. BIRGE
Acting United States Attorney

RYAN D. COBB
Assistant United States Attorney
Western District of Michigan
330 Ionia Avenue, N.W.
Suite 501
Grand Rapids, Michigan 49503
Telephone: (616) 456-2404
Facsimile: (616) 456-2510
Ryan.Cobb@usdoj.gov