UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
MINUTES

| Case Number | Date | Time | Judge |
| --- | --- | --- | --- |
| 1:17-cv-00737-RJJ | 4/15/2019 | 1:31- 1:41<br>3:39- 3:41 PM | Phillip J. Green |

CASE CAPTION

Perrigo Company v. United States of America

APPEARANCES

| Attorney: | Representing: |
| --- | --- |
| Edward J. Bardelli<br><br>John Benjamin Magee<br><br>Thomas V. Linguanti | Plaintiff |
| Arie M. Rubenstein<br><br>James Edward Weaver<br><br>Richard Jeremy Hagerman | Defendant |

PROCEEDINGS

NATURE OF HEARING:

Settlement Conference Held; Case Did Not Settle.

Portions Digitally Recorded
Deputy Clerk: A. Doezema