UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PERRIGO COMPANY,

       Plaintiff,

CASE No. 1:17-CV-737

v.

HON. ROBERT J. JONKER

UNITED STATES OF AMERICA,

       Defendant.

_____/

## BRIEFING ORDER

A nine-day bench trial in this matter concluded on June 7, 2021. At the conclusion of the proceedings the Court discussed with the parties the matter of posttrial submissions. Based on that discussion, and for the reasons recited in detail from the bench,

**IT IS ORDERED** that proposed findings of fact and conclusions of law, and post-trial briefs, are due no later than **forty-five (45) days** from the date the certified trial transcript is filed on the CM/ECF system.

**IT IS FURTHER ORDERED** responsive briefs are due no later than **thirty (30) days** after service of the opposing party's opening brief.

**IT IS FURTHER ORDERED** that the parties may separately file an agreed upon list of the exhibits admitted during trial on the CM/ECF system. Any party with outstanding objections to exhibits should discuss the matter in their opening brief.

Dated:  June 7, 2021                          /s/ Robert J. Jonker
                                                    ROBERT J. JONKER
                                                    CHIEF UNITED STATES DISTRICT JUDGE