UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PERRIGO COMPANY AND
SUBSIDIARIES,

    *Plaintiff,*

       v.

UNITED STATES OF AMERICA,

    *Defendant.*

No. 1:17-cv-00737

The Hon. Robert J. Jonker

**FINAL JUDGMENT**

Pursuant to the Court's Opinion and Order dated September 25, 2025 (ECF No. 419), it is hereby ORDERED AND ADJUDGED that:

1. The Court determines that Plaintiff has overpaid federal income tax, interest, and penalties.

2. The amount of the overpayment of tax, interest, and penalties for each year as determined by the Court is set forth below:

| FY Year Ending | Overpayment of Tax, Interest, and Penalties |
|:---:|:---:|
| 6-27-2009 | $16,566,281 |
| 6-26-2010 | $29,571,606 |
| 6-25-2011 | $28,121,921 |
| 6-30-2012 | $14,961,688 |

1

3.  Statutory interest due to Plaintiff shall be applied to each of the overpayments set

forth above, as provided by law.

Dated:  _____January 27____ , 2026

IT IS SO ORDERED.


  __/s/ Robert J. Jonker____
The Hon. Robert J. Jonker
United States District Judge