UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PERRIGO COMPANY AND
SUBSIDIARIES,

    *Plaintiff,*

       v.

UNITED STATES OF AMERICA,

    *Defendant.*

No. 1:17-cv-00737

The Hon. Robert J. Jonker

**NOTICE OF APPEAL FILED BY DEFENDANT**

Defendant, the United States of America, appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment in this case entered on January 27, 2026.

Dated: March 26, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
JOSHUA WU
Deputy Assistant Attorney
General, Tax Litigation Branch

/s/ James E. Weaver
JAMES E. WEAVER
Senior Litigation Counsel
Tax Litigation Branch
Civil Division, Department of Justice
P.O. Box 55
Washington, D.C. 20044
Telephone: (202) 305-4929
Facsimile: (202) 514-5238

*Counsel for the United States*